

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 31 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0037                                    DATE: 3/30/2015
COA #: 12-13-00344-CV        TC#: CV-01271-12-3
STYLE: LOUIE LAWSON, REPRESENTATIVE OF THE ESTATE OF CAROLYN BURNS
  v. CITY OF DIBOLL, TEXAS

Today the Supreme Court of Texas granted the motion for extension of time to file response in the above-referenced case. The response is due to be filed no later than **April 6, 2015.** **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED**.


MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX   75702